IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **VICTOR BOYD** | § | |
| | § | |
|    **Plaintiff,** | § | |
| | § | |
| VS | § | **CASE NO. 2:12-CV-169** |
| | § | |
| **ENERPLUS RESOURCES (USA)** | § | |
| **CORPORATION, PASON SYSTEMS** | § | |
| **USA, CORP., BOS SOLUTIONS,** | § | |
| **INC., M-I LLC d/b/a M-I DRILLING** | § | |
| **FLUIDS, LLC d/b/a M-I SWACO and** | § | |
| **HALLIBURTON ENERGY SERVICES,** | § | |
| **INC.** | § | |
| | § | |
|    **Defendants,** | § | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Victor Boyd, files this Stipulation of Voluntary Dismissal of his claims against Enerplus Resources (USA) Corporation, Pason Systems USA Corporation, BOS Solutions, Inc., and Halliburton Energy Services, Inc. with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                                Respectfully submitted,

                                                By:  */s/ Douglas C. Monsour*_____
                                                Douglas C. Monsour
                                                State Bar No. 00791289
                                                THE MONSOUR LAW FIRM
                                                404 North Green Street
                                                Post Office Box 4209
                                                Longview, TX  75606
                                                Telephone:  903-758-5757
                                                Facsimile:  903-230-5010
                                                **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

By:    */s/ Jeffrey S. Davis – w permission*
      Jeffrey S. Davis
      State Bar No.  00783936

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone:  (713) 276-5000
Facsimile:  (713) 276-5555

**ATTORNEY-IN-CHARGE FOR DEFENDANT,**
**ENERPLUS RESOURCES (USA) CORPORATION**


By:    */s/ Lance Vincent – w permission*
      Lance Vincent
      State Bar No. 20585580
RITCHESON, LAUFFER & VINCENT
A Professional Corporation
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX  75701
Telephone:  903-535-2900

**ATTORNEY-IN-CHARGE FOR DEFENDANT,**
**HALLIBUARTON ENERGY SERVICES, INC.**

   */s/ Robert D. Brown – w permission*
      Robert D. Brown
      State Bar No. 03164715

DONATO, MINX, BROWN & POOLE, P.C.
3200 Southwest Freeway, Suite 2300
Houston, TX  77027
Telephone:  713-877-1112
Facsimile:  713-877-1138

**ATTORNEY-IN-CHARGE FOR DEFENDANT**
**PASON SYSTEMS, USA, CORP.**

*/s/ Michael A. Miller*
Michael A. Miller
State Bar No. 14100650

THE MILLER LAW FIRM
3811 Turtle Creek Blvd., Suite 1950
Dallas, TX  75219
Telephone:  469-916-2552
Facsimile:  469-916-2555

**ATTORNEY-IN-CHARGE FOR DEFENDANT BOS SOLUTIONS, INC.**

*/s/ Chad Parker – w permission*
J. Chad Parker
State Bar No. 00786153
W. Todd Parker
State Bar No. 00794424

THE PARKER LAW FIRM, P.C.
3808 Old Jacksonville Road
Tyler, TX  75701
Telephone:  903-595-4541
Facsimile:  903-595-2864

**CERTIFICATE OF SERVICE**

On the _24th_ day of January, 2014, a true and correct copy of the foregoing instrument was served on all counsel of record by facsimile to the following:

Lance Vincent
RITCHESON, LAUFFER & VINCENT
A Professional Corporation
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX  75701
Telephone:  903-535-2900
Facsimile:  903-

Robert D. Brown
Ian Beliveaux
DONATOR, MINX, BROWN & POOLE, P.C.
3200 Southwest Freeway, Suite 2300
Houston, TX  77027
Telephone:  713-877-1112
Facsimile:  713-877-1138

Michael A. Miller
State Bar No. 14100650
THE MILLER LAW FIRM
3811 Turtle Creek Blvd., Suite 1950
Dallas, TX  75219
Telephone:  469-916-2552
Facsimile:  469-916-2555

J. Chad Parker
State Bar No. 00786153
W. Todd Parker
State Bar No. 00794424
THE PARKER LAW FIRM, P.C.
3808 Old Jacksonville Road
Tyler, TX  75701
Telephone:  903-595-4541
Facsimile:  903-595-2864

Jeffrey S. Davis
State Bar No. 00783936
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX  77002-5011
Telephone:  713-276-5806
Facsimile:  713-276-6806

                                         */s/ Douglas C. Monsour*
                                           Douglas C. Monsour